# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lemmon, Mary A. | Eastern District of LA | 05/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Courthouse
500 Poydras Street, C-406
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S (Y) |
| 2. | General Partner | Family Partnership |
| 3. | General Partner | Heirs of Family Minerals Partnership |
| 4. | General Partner | Family Land Partnership |
| 5. | Board Member Emeritus | Reconcile New Orleans |
| 6. | Board of Directors | Federal Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | La. State Employees Retirement System | $65,641.32 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | La. State Employees Retirement System |
| 2. | 2015 | Self Employed (Legal Consultant) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Stock | B | Dividend | L | T | | | | | |
| 2. Capital One Checking | A | Interest | J | T | | | | | |
| 3. Capital One Checking | | None | J | T | | | | | |
| 4. Oil Royalty - St. Charles Parish | D | Royalty | L | W | | | | | |
| 5. Ameriprise Common Stock | C | Dividend | M | T | | | | | |
| 6. Ariel Common | | None | J | T | | | | | |
| 7. John Hancock Funds: Large Cap Equity A | A | Dividend | J | T | | | | | |
| 8. Family Partnership Orleans Parish, LA | A | Rent | J | W | | | | | |
| 9. Laura Plantation | D | Dividend | K | W | | | | | |
| 10. U.S. Savings Bonds, Series, HH, transferred July 1997 | A | Interest | J | T | | | | | |
| 11. 3.31% interest in Cutrone Carline Properties | A | Distribution | K | W | | | | | |
| 12. Mary Ann Vial Lemmon and Irma Vial Brou Checking Acct | | None | J | W | | | | | |
| 13. Family Minerals Partnership St.Charles Parish, LA | | None | J | W | | | | | |
| 14. Merrill Lynch Stocks: AT&T | A | Dividend | J | T | | | | | |
| 15. Alcoa | A | Dividend | J | T | | | | | |
| 16. J.P. Morgan Chase | B | Dividend | L | T | | | | | |
| 17. Vail Resorts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP Amoco PLC | B | Dividend | K | T | | | | | |
| 19. Rental Property Orleans Parish, LA | E | Rent | N | W | | | | | |
| 20. St. Charles Land Trust | A | Dividend | J | W | | | | | |
| 21. U.S. Savings Bonds, Series, HH | A | Interest | K | T | | | | | |
| 22. Whitney Bank Checking | | None | L | T | | | | | |
| 23. Merrill Lynch Stocks: Com Cast | A | Interest | J | T | | | | | |
| 24. Series HH/H Bonds | B | Interest | L | T | | | | | |
| 25. Merrill Lynch Money Account | A | Interest | L | T | | | | | |
| 26. Merrill Lynch IRA-Cash Equivalent Account | B | Distribution | K | T | | | | | |
| 27. Merrill Lynch IRA-Cash Equivalent Account | C | Distribution | K | T | | | | | |
| 28. Merrill Lynch Bonds: Puerto Rico Trans Auth | B | Interest | | | Sold | 07/01/15 | K | | |
| 29. Merrill Lynch: Ginnie Mae | A | Interest | J | T | | | | | |
| 30. Putnam Diversified | C | Dividend | L | T | | | | | |
| 31. Rental Property St. Charles Parish LA (7/1/2010 - $240,000) | D | Rent | | | Sold | 09/25/15 | M | B | |
| 32. La. 529 START Saving Program (age based LS income ) #1 | A | Interest | K | T | Distributed (part) | 03/17/15 | J | | |
| 33. | | | | | Distributed (part) | 09/22/15 | J | | |
| 34. | | | | | Distributed (part) | 12/09/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. La. 529 START Saving Program (age based LS income) #2 | D | Interest | L | T | Distributed (part) | 08/05/15 | J | | |
| 36. | | | | | Distributed (part) | 10/23/15 | J | | |
| 37. La. 529 START Saving Program (age based LS income) #4 | B | Interest | L | T | | | | | |
| 38. La.529 STARTSaving Program (age based LS Conservative) #5 | B | Interest | L | T | | | | | |
| 39. La.529 START Saving Program (age based LS conservative)#6 | B | Interest | L | T | | | | | |
| 40. La.529 START Saving Program (age based LS conservative)#7 | B | Interest | L | T | | | | | |
| 41. La.529 START Saving Program (age based LS conservative)#8 | B | Interest | L | T | | | | | |
| 42. La.529 START Saving Program (age based LS conservativ3)#9 | B | Interest | L | T | | | | | |
| 43. La.529 START Saving Program (age based LS moderate) #10 | B | Interest | L | T | | | | | |
| 44. La.529 START Saving Program (age based LS moderate) #11 | B | Interest | L | T | | | | | |
| 45. La.529 START Saving Program (age based LS moderate) #12 | B | Interest | L | T | | | | | |
| 46. La.529 START Saving Program (La. Princ Prot Fund )#13 | B | Interest | L | T | | | | | |
| 47. -American Cap Agy Corp | A | Dividend | J | T | | | | | |
| 48. -Century Link Inc. | A | Dividend | J | T | | | | | |
| 49. -Chimera Investment Corp | A | Dividend | J | T | | | | | |
| 50. -First Eagle Mutual Fund | A | Dividend | K | T | | | | | |
| 51. Merrill Lynch: Mutual Fund-Black Rock Global | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Batture Lease-St. Charles Parish, LA Assessed Value $1531 | D | Rent | J | S | | | | | |
| 53. Kinder Morgan Inc. | C | Dividend | K | T | | | | | |
| 54. SP500 ARN Issuer BAC | | None | K | T | | | | | |
| 55. La.529 START Saving Program (La. Princ Prot Fund)#14 | A | Interest | J | T | Distributed (part) | 09/22/15 | J | | |
| 56. Black Rock National (X) | A | Dividend | L | T | | | | | |
| 57. Franklin Louisiana Tare Free(X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Name of Organization/Entity, continued . . .
# 1 Corporation owned entirely by my children. The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes. DISSOLVED IN DECEMBER 2014

Part I: Name of Organization/Entity, continued . . .
#2 Family Partnership

Part I: Name of Organization/Entity, continued
#3 Family Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership: A Family Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the Family Partnership in 1994.

Part VII: line 32 Date of Purchase: 3/10/06; Purchase price: $240,000. This home was purchased for use by a family member who lost her home in Hurricane Katrina. It became rental property in 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary A. Lemmon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544